39585. UNITED STATES CASUALTY COMPANY et al. v. THOMAS et al.

PER CURIAM. The judgment of this court (106 Ga. App. 441, 127 SE2d 169) having been reversed by the Supreme Court of Georgia (*Thomas v. U. S. Cas. Co.*, 218 Ga. 493, 128 SE2d 749), our judgment is hereby vacated, and the judgment of the superior court is affirmed in accordance with that of the Supreme Court.

*Judgment affirmed. Carlisle, P. J., Eberhardt and Russell, JJ., concur.*

DECIDED JANUARY 9, 1963.

*Woodruff, Latimer, Savell, Lane & Williams, John M. Williams,* for plaintiffs in error.

*Clyde W. Henley, Leon S. Epstein,* contra.